UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LYN LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CV15 RWS |
| ) | |
| GLEN BABICH, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on Defendant Dwyer's Motion to Dismiss [#16]. Dwyer's motion to dismiss is based on Plaintiff's original pro se Complaint. Plaintiff is now represented by counsel, and counsel has filed an Amended Complaint. As a result, Dwyer's motion to dismiss is moot and will be denied without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Dwyer's Motion to Dismiss [#16] is **DENIED** without prejudice.

Dated this 8th Day of July, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE