UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LYN LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:05CV15 RWS |
| ) | |
| GLEN BABICH, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

On September 28, 2005, I ordered Plaintiff to show cause as to why Defendants Jacinda Bunch and Charles Ashfield should not be dismissed for failure to serve process. Plaintiff failed to respond to the show cause order. As a result, Plaintiff's claims against Jacinda Bunch and Charles Ashfield shall be dismissed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Jacinda Bunch and Charles Ashfield are **DISMISSED**.

Dated this 3rd Day of November, 2005.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE