UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LYN LEWIS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:05CV00015 RWS |
| ) | |
| GLEN BABICH, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

**IT IS HEREBY ORDERED** that Matthew Hill's Motion to Withdraw as Attorney for Plaintiff [#66] is **GRANTED**.

**IT IS FURTHER ORDERED** that Matthew Hill shall deliver all records related to this matter to the Plaintiff.

**IT IS FURTHER ORDERED** that Lyn Lewis shall respond to Defendants' Motions for Summary Judgment [#49, 55], in writing, no later than **February 16, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 20th day of November, 2006.