UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LYN LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:05CV15 RWS |
| | ) |
| GLEN BABICH, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on Lewis' Request for Extension of Time [#74]. Lewis requests an extension of time to respond to Defendants' Motions for Summary Judgment [#49, 55] because the prison in which he is incarcerated has been in lock down for three (3) of the past six (6) to seven (7) weeks, leaving him confined to his cell without library time or outside movement. He also notes that he currently has no means to purchase the items needed to send a response, such as stamps and envelopes, and will not be able to purchase these items until February 22, 2007.

In my order of November 20, 2006, I granted Lewis ninety (90) days in which to respond to these same motions for summary judgment. This period of time was intended to allow for any limitations experienced by Lewis as a result of his incarceration. Defendants have requested that I grant Lewis fourteen (14) additional days, up to and including March 2, 2007, to respond to Defendants' Motions for Summary Judgment, which will allow him to purchase the necessary items on February 22, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that Lewis' Request for Extension of Time [#74] is **GRANTED**.

**IT IS FURTHER ORDERED** that Lewis shall respond to Defendants' Motions for Summary Judgment [#49, 55], in writing, no later than **March 2, 2007.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2007.